IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICKEY DALE JOHNSON, (TDCJ #1760221) | § § § | |
| Petitioner, | § § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-2929 |
| | § | |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER OF DISMISSAL

For the reasons set forth in the Court's Memorandum and Order of even date, this case is **DISMISSED** without prejudice.

SIGNED at Houston, Texas, on _____JUN 1 2 2019_____.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE